IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON M. BLOUNT, | : | |
|     Petitioner | : | No. 1:25-cv-02045 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| MELISSA HAINSWORTH, | : | |
| Superintendent SCI Laurel Highlands, | : | |
| et al., | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, on this 10th day of February 2026, upon consideration of pro se Petitioner Jon M. Blount ("Blount")'s two applications for leave to proceed in forma pauperis (Doc. Nos. 1, 8), his petition for a writ of habeas corpus under 28 U.S.C. § 2254, and his two certified prisoner trust fund account statements (Doc. Nos. 10, 11), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Blount's application for leave to proceed in forma pauperis (Doc. No. 8) is **GRANTED**, and Blount has leave to proceed in forma pauperis in this case;

2. Blount's initial application for leave to proceed in forma pauperis (Doc. No. 1) is **DENIED AS MOOT**;

3. Blount's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 2) is **DEEMED FILED**;

4. The Clerk of Court shall **MAIL** copies of this Order to Blount at his address of record as well as the Superintendent of Pennsylvania State Correctional Institution Laurel Highlands;

5. Blount shall **SHOW CAUSE** why the Court should not dismiss his Section 2254 habeas petition as untimely filed;

6. Blount has **thirty (30) days** from the date of this Order to file a written response to this Order with the Clerk of Court. Any written response shall focus on whether he timely filed his Section 2254 habeas petition as well as whether he is entitled to equitable tolling; and

7. If Blount does not timely respond in accordance with paragraph six (6) of this Order, the Court will deem him to be unopposed to the dismissal of his habeas petition as untimely, and the Court will dismiss the petition in its entirety and direct the Clerk of Court to close this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
