## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JON M. BLOUNT, SR.,** | : | |
| Petitioner | : | **No. 1:25-cv-02045** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **MELISSA HAINSWORTH,** | : | |
| **Superintendent SCI Laurel Highlands,** | : | |
| **et al.,** | : | |
| Respondents | : | |

### ORDER

**AND NOW**, on this 21st day of May 2026, upon consideration of the petition for a writ

of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner Jon M. Blount, Sr. ("Blount")

(Doc. No. 2) and the Court's February 10, 2026 Memorandum and Order (Doc. Nos. 14, 15), and

for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Blount's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 2) is **DISMISSED WITH PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. The Clerk of Court is directed to **SEND** copies of this Order and the accompanying Memorandum to Vaughn, see R. 4, 28 U.S.C. foll. § 2254; and

4. The Clerk of Court is directed to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania